## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Hamimi Yata, et al.

                        Plaintiff,

v.                                                    Case No.: 1:17–cv–03503
                                                      Honorable Sharon Johnson Coleman

BDJ Trucking Co., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 3, 2021:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing is set for 7/8/2021 at 9:45 AM. Case is referred to Magistrate Judge Weisman for settlement conference. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.