IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HAMIMI YATA and JASMIN ZUKANCIC, individually and on behalf of others similarly situated, </br></br>Plaintiffs,</br></br>v.</br></br>BDJ TRUCKING CO. and SENAD MUJKIC,</br></br>Defendants. | CASE NO. 17 CV 3503</br></br>Judge Sharon Johnson Coleman |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AUTHORIZATION TO DISTRIBUTE SETTLEMENT FUNDS, AND AWARD OF ATTORNEYS' FEES**

Pursuant to Fed. R. Civ. P. 23(e), Plaintiffs move this Court to enter an order finally approving the Settlement Agreement that this Court preliminarily approved on September 21, 2021. In support of this Motion, Plaintiffs have submitted a Memorandum in Support of Their Motion for Final Approval of Class Action Settlement, Authorization to Distribute Settlement Funds, and Award of Attorneys' Fees. A draft order is attached as Exhibit 3 to that Memorandum.

WHEREFORE, Plaintiffs ask the Court to enter the order attached as Exhibit 3 to Plaintiffs' Memorandum in Support of Their Motion For Final Approval of Class Action Settlement, Authorization to Distribute Settlement Funds, and Award of Attorneys' Fees, or such similar order as the Court deems appropriate.

Respectfully submitted,

/s/Christopher J. Wilmes_____
One of the Attorneys for the Plaintiffs

Christopher J. Wilmes
Hughes Socol Piers Resnick & Dym
70 W. Madison St. Suite 4000
Chicago, IL 60602
(312) 580-0100